# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 28, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

United States District Court
Southern District of Texas
**FILED**

JAN 28 2019

David J. Bradley, Clerk of Court

No. 19-20006    Fernandral Hennington v. United Parcel Service, Inc.
                USDC No. 4:18-CV-520

Dear Mr. Bradley,

Our court directed that we monitor matters pending with the district court when action by the district court is necessary for our court to proceed with an appeal.

Our records reflect that a motion to alter judgment (document #16) is pending in your court in the above referenced appeal. If our records are in error, or if the judge has disposed of the matter in any fashion, please advise us at your earliest convenience.

Our judges recognize, of course, that the district courts are very busy and have heavy caseloads. They also recognize that the district courts properly determine the priority of matters on their dockets. However, as our court is unable to process this appeal until the pending matters are resolved, the court directed that we remind you of the pending matters.

If you have questions regarding this matter, please have your staff contact me at the number provided below for assistance.

Thank you in advance for your help in this regard.

Sincerely,

LYLE W. CAYCE, Clerk

*Jann Wynne*

By: _____
Jann M. Wynne, Deputy Clerk
504-310-7688